1

2   Glenn Zuckerman
    **WEITZ & LUXENBERG, PC**
3   700 Broadway
    New York, New York 10003
4   Telephone: 212-558-5000
    Facsimile: 212-344-5461
5   Attorneys for Plaintiffs

6

7

8                   UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12   This Document Relates to:                    )
                                                   )
13   *Donald Whitman, et al. v. Pfizer Inc*        )   **MDL NO. 1699**
     (06-1350 CRB)                                 )   **District Judge:  Charles R. Breyer**
14                                                 )
     *Mildred Hance v. Pfizer Inc, et al.*         )
15   (06-1718 CRB)                                 )
                                                   )
16   *William Lopez, et al. v. Astra Merck, Inc., et al.* )   **STIPULATION AND ORDER OF**
     (06-2621 CRB)                                 )   **DISMISSAL WITH PREJUDICE**
17                                                 )
     *Rafaela Roman Velez, et al. v. Astra Merck,* )
18   *Inc., et al.*                                )
     (06-2649 CRB)                                 )
19                                                 )
     *Luis R. Carrion Velez, et al. v. Astra Merck,* )
20   *Inc., et al.*                                )
     (06-2658 CRB)                                 )
21                                                 )
     *Teresita Falcon Matos, et al. v. Astra Merck,* )
22   *Inc., et al.*                                )
     (06-2660 CRB)                                 )
23                                                 )
     *Ronny Maria Sanders, et al. v. Pfizer Inc*   )
24   (06-2681 CRB)                                 )
                                                   )
25   *Lori Sargent et al. v. Pfizer Inc*           )
     (06-3675 CRB)                                 )
26                                                 )
     *James Hall, et al. v. Pfizer Inc*            )
27   (06-3676 CRB)                                 )
                                                   )
28   *John Hayhurst v. Pfizer Inc, et al.*         )

                                -1-

          **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
    EAST\42581180.1

1    (06-3758 CRB)                                    )
                                                      )
2    *Bill Casillas, et al. v. Pfizer Inc, et al.*    )
     (06-3958 CRB)                                     )
3                                                      )
     *Patricia Knudsen v. Pfizer Inc, et al.*          )
4    (06-4043 CRB)                                     )
                                                       )
5    *Betty Moncrief, et al. v. Pfizer Inc, et al .*   )
     (06-4100 CRB)                                      )
6                                                       )
     *Annette Edelen, et al. v. Pfizer Inc, et al.*     )
7    (06-4147 CRB)                                      )
                                                        )
8    *Debbie Mitchell v. Pfizer Inc, et al.*            )
     (06-4296 CRB)                                       )
9                                                        )
     *Joseph Gastaldi, et al. v. Pfizer Inc, et al.*     )
10   (06-4362 CRB)                                       )
                                                         )
11   *Demetrio Rubio v. Pfizer Inc, et al.*              )
     (06-4449 CRB)                                        )
12                                                        )
     *Earlene McBride, et al. v. Pfizer Inc, et al.*      )
13   (06-4462 CRB)                                        )
                                                          )
14   *Louis Walkingstick, et al. v. Pfizer Inc, et al.*   )
     (6-4463 CRB)                                          )
15                                                         )
     *Virginia Thorne v. Pfizer Inc, et al.*              )
16   (06-4464 CRB)                                         )
                                                           )
17   *Rojelio Longoria, et al. v. Pfizer Inc, et al.*      )
     (06-4586 CRB)                                          )
18                                                          )
     *Annie White, et al. v. Pfizer Inc, et al.*            )
19   (06-4678 CRB)                                          )
                                                            )
20   *Martha Stevens, et al. v. Pfizer Inc, et al.*         )
     (06-4920 CRB)                                           )
21                                                           )
     *Janette Smith v. Pfizer Inc, et al.*                  )
22   (06-4977 CRB)                                           )
                                                             )
23   *Roselie Atkins, et al. v. Pfizer Inc, et al.*          )
     (06-5272 CRB)                                            )
24                                                            )
     *Dawna Garza v. Pfizer Inc, et al.*                     )
25   (06-5416 CRB)                                            )
                                                              )
26   *Ralph Adams, et al. v. Pfizer Inc, et al.*              )
     (06-5591 CRB)                                            )
27                                                            )
     *Albert Leong v. Pfizer Inc, et al.*                    )
28   (06-5666 CRB)                                            )

-2-

| | |
|---|---|
| *Catherine Connolly, et al. v. Pfizer Inc, et al.* (06-5738 CRB) | ) |
| *Randy Masker, et al. v. Pfizer Inc, et al.* (06-5739 CRB) | ) |
| *Charlie Rhome, et al. v. Pfizer Inc, et al.* (06-5740 CRB) | ) |
| *Paulette Balda, et al. v. Pfizer Inc, et al.* (06-5765 CRB) | ) |
| *William Halpin, et al. v. Pfizer Inc, et al.* (06-5777 CRB) | ) |
| *Patricia Howard, et al. v. Pfizer Inc, et al.* (06-5916 CRB) | ) |
| *Alice Ryan, et al. v. Pfizer, Inc, et al.* (06-5917 CRB) | ) |
| *William Coleman, et al. v. Pfizer Inc, et al.* (06-5918 CRB) | ) |
| *Monica Mittag, et al. v. Pfizer Inc, et al.* (06-5919 CRB) | ) |
| *Cynthia Smith, et al. v. Pfizer Inc, et al.* (06-5963 CRB) | ) |
| *John Roof v. Pfizer Inc, et al.* (06-5964 CRB) | ) |
| *Lynda Jack, et al. v. Pfizer Inc, et al.* (06-5965 CRB) | ) |
| *Ernest Grant v. Pfizer Inc, et al.* (06-5970 CRB) | ) |
| *Alice L. Pettit, et al. v. Pfizer Inc, et al.* (06-5973 CRB) | ) |
| *Wade Smith, et al. v. Pfizer Inc, et al.* (06-5975 CRB) | ) |
| *Richard Gilmore, et al. v. Pfizer Inc, et al.* (06-5977 CRB) | ) |
| *Sergio Estrada v. Pfizer Inc, et al.* (06-5978 CRB) | ) |
| *John Vallee, et al. v. Pfizer Inc, et al.* (06-5981 CRB) | ) |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW25811180.1

| | | |
|---|---|---|
| 1 | *Betty Scott, et al. v. Pfizer Inc, et al.* (06-5983 CRB) | ) |
| 2 | | ) |
| 3 | *Norman Hamblen, et al. v. Pfizer Inc, et al.* (06-6058 CRB) | ) ) |
| 4 | *Dennis Johns, et al. v. Pfizer Inc, et al.* (06-6059 CRB) | ) ) |
| 5 | | ) |
| 6 | *Marion Walker, et al. v. Pfizer Inc, et al.* (06-6060 CRB) | ) ) |
| 7 | *Bessie R. Jackson-Cook v. Pfizer Inc, et al.* (06-6061 CRB) | ) ) |
| 8 | | ) |
| 9 | *Mary Gonzales, et al. v. Pfizer Inc, et al.* (06-6062 CRB) | ) ) |
| 10 | *Melvin Kenney, et al. v. Pfizer Inc, et al.* (06-6064 CRB) | ) ) |
| 11 | | ) |
| 12 | *Carol Pellini, et al. v. Pfizer Inc, et al.* (06-6065 CRB) | ) ) |
| 13 | *Antonio Pratts v. Pfizer Inc, et al.* (06-6066 CRB) | ) ) |
| 14 | | ) |
| 15 | *Mark Childs v. Pfizer Inc, et al.* (06-6067 CRB) | ) ) |
| 16 | *Mary Helen Johnson, et al. v. Pfizer Inc, et al.* (06-6068 CRB) | ) ) |
| 17 | | ) |
| 18 | *James E. Garver, et al. v. Pfizer Inc, et al.* (06-6070 CRB) | ) ) |
| 19 | *Tiffany R. Noell, et al. v. Pfizer Inc, et al.* (06-6071 CRB) | ) ) |
| 20 | | ) |
| 21 | *Beth Lehnan, et al. v. Pfizer Inc, et al.* (06-6073 CRB) | ) ) |
| 22 | *Sharon Payne, et al. v. Pfizer Inc, et al.* (06-6075 CRB) | ) ) |
| 23 | | ) |
| 24 | *Nancy Harsh, et al. v. Pfizer Inc, et al.* (06-6083 CRB) | ) ) |
| 25 | *Dennis Yeager, et al. v. Pfizer Inc, et al.* (06-6084 CRB) | ) ) |
| 26 | | ) |
| 27 | *Lynda Jack, et al. v. Pfizer, Inc, et al.* (06-6087 CRB) | ) ) |
| 28 | *Fred Hardee, et al. v. Pfizer Inc, et al.* | ) |

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2581180.1

1  (06-6088 CRB)                                    )
                                                    )
2  *Lynn Hodges, et al. v. Pfizer Inc, et al.*      )
   (06-6089 CRB)                                    )
3                                                   )
   *Willie Vaughn v. Pfizer Inc, et al.*            )
4  (06-6092 CRB)                                    )
                                                    )
5  *Pauline Swihart, et al. v. Pfizer Inc, et al.*  )
   (06-6093 CRB)                                    )
6                                                   )
   *Douglas Horton v. Pfizer Inc, et al.*           )
7  (06-6094 CRB)                                    )
                                                    )
8  *June N. Bell v. Pfizer Inc, et al.*             )
   (06-6095 CRB)                                    )
9                                                   )
   *Jerry Rice, et al. v. Pfizer Inc, et al.*       )
10 (06-6096 CRB)                                    )
                                                    )
11 *Stephen Bryan, et al. v. Pfizer Inc, et al.*    )
   (06-6097 CRB)                                    )
12                                                  )
   *Steven Woods, et al. v. Pfizer Inc, et al.*     )
13 (06-6098 CRB)                                    )
                                                    )
14 *Brad Lovitt, et al. v. Pfizer Inc, et al.*      )
   (06-6116 CRB)                                    )
15                                                  )
   *April Froehlich, et al. v. Pfizer Inc, et al.*  )
16 (06-6117 CRB)                                    )

17          Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

18 the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

19 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

20 each side bearing its own attorneys' fees and costs.

21

22

23

24

25

26

27

28

-5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EASTW2581180.1

DATED: 10-29, 2009     By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2, 2009     By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-6-